**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **WASTE CONNECTIONS OF GEORGIA, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**RED OAK SANITATION, LLC,**<br><br>Defendant. | Civil Action No.: 1:26-cv-01978-WMR |

**MOTION FOR LEAVE TO SERVE AS DESIGNATED LOCAL COUNSEL**
**<u>PURSUANT TO LOCAL RULE 83.1(B)(4)</u>**

Defendant Red Oak Sanitation, LLC ("Red Oak") respectfully moves for leave to allow Bryant J. Anthony, Esq. to serve as designated local counsel in support of the application for admission *pro hac vice* to be filed and submitted by Scott E. Gant, Esq. in this matter for there is good cause that Bryant J. Anthony will faithfully and fully execute the responsibilities of designated local counsel without maintaining an office in the District.

WHEREFORE, Red Oak respectfully prays that this Court will: (1) enter an order allowing undersigned counsel to serve as designated local counsel pursuant to Local Rule 83.1(B)(4) in support of the application for admission *pro hac vice* to be

filed and submitted by Scott E. Gant, Esq. and (2) grant Defendant all such other relief as is just and equitable.

Respectfully submitted this 17th day of April, 2026

*/s/ Bryant J. Anthony*
Bryant J. Anthony
Georgia Bar No. 814838
**BOIES SCHILLER FLEXNER LLP**
100 S.E. Second Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307
banthony@bsfllp.com

*Attorney for Defendant Red Oak Sanitation, LLC*

**LOCAL RULE 7.1(D) CERTIFICATE**

The undersigned counsel certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1. Specifically, Times New Roman 14-point font was used.

*/s/ Bryant J. Anthony*
Bryant J. Anthony
Georgia Bar No. 814838

*Attorney for Defendant Red Oak Sanitation, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17th, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which shall serve a true and correct copy of the same upon all counsel of record.

*/s/ Bryant J. Anthony*
Bryant J. Anthony
Georgia Bar No. 814838

*Attorney for Defendant Red Oak Sanitation, LLC*