**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **WASTE CONNECTIONS OF GEORGIA, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**RED OAK SANITATION, LLC,**<br><br>Defendant. | Civil Action No.: 1:26-cv-01978-WMR |

**BRIEF IN SUPPORT OF MOTION FOR LEAVE TO SERVE AS DESIGNATED LOCAL COUNSEL PURSUANT TO LOCAL RULE 83.1(B)(4)**

Defendant Red Oak Sanitation, LLC ("Red Oak") respectfully moves for leave to allow Bryant J. Anthony, Esq. to serve as designated local counsel in support of the application for admission *pro hac vice* to be filed and submitted by Scott E. Gant, Esq. in this matter and states as follows.

1. In accordance with Civil Local Rule 83.1(B)(2) of the United States District Court for the Northern District of Georgia, Scott E. Gant, Esq. intends to complete and file his application for admission *pro hac vice* accompanied by payment of the prescribed admission fee.

2. Pursuant to Civil Local Rule 83.1(B)(4), Scott E. Gant, Esq. seeks to designate Bryant J. Anthony, Esq. as local counsel in this matter. In relevant part,

Local Rule 83.1(B)(4) states that "[e]xcept as otherwise ordered by the presiding judge for good cause, the designated local counsel must maintain an office in this district and be a member in good standing of the bar of this Court and the State Bar of Georgia."

3. While the undersigned counsel does not maintain an office in the Northern District of Georgia, the undersigned counsel has maintained a residence in the Northern District of Georgia since 1995.

4. The undersigned counsel is also a member in good standing of the bar of the Northern District of Georgia and has been a member in good standing with the State Bar of Georgia since January 2022.

5. Previously, the undersigned counsel has served as counsel for other matters before the Superior Court for Cobb County and the Superior Court for Fulton County, and is familiar with the Federal Rules of Civil Procedure and the Local Rules for the Northern District of Georgia.

6. As designated local counsel, the undersigned counsel consents to readily communicate with opposing counsel and the Court regarding the conduct of the case and to accept papers when served. The undersigned counsel recognizes the responsibility and full authority to act on behalf of Red Oak in all proceedings related to this case, including hearings, pretrial conferences, and trials, should Scott E. Gant, Esq. not respond to any Court order for appearance or otherwise. The undersigned

counsel also recognizes that he must authorize and sign all pleadings and other papers filed in the case by Scott E. Gant and is subject to the requirements of Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Red Oak respectfully prays that this Court will: (1) enter an order allowing undersigned counsel to serve as designated local counsel pursuant to Local Rule 83.1(B)(4) in support of the application for admission *pro hac vice* to be filed and submitted by Scott E. Gant, Esq. and (2) grant Defendant all such other relief as is just and equitable.

Respectfully submitted this 17th day of April, 2026

*/s/ Bryant J. Anthony*
Bryant J. Anthony
Georgia Bar No. 814838
**BOIES SCHILLER FLEXNER LLP**
100 S.E. Second Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307
banthony@bsfllp.com

*Attorney for Defendant Red Oak Sanitation, LLC*

## LOCAL RULE 7.1(D) CERTIFICATE

The undersigned counsel certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1. Specifically, Times New Roman 14-point font was used.

*/s/ Bryant J. Anthony*
Bryant J. Anthony
Georgia Bar No. 814838

*Attorney for Defendant Red Oak Sanitation, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 17th, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which shall serve a true and correct copy of the same upon all counsel of record.

*/s/ Bryant J. Anthony*
Bryant J. Anthony
Georgia Bar No. 814838

*Attorney for Defendant Red Oak Sanitation, LLC*